■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN McKEEVER, Appellant. [744 NYS2d 860] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered December 7, 2000, convicting him of burglary in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the pros-

ecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. In this case, the jury could find, based on the evidence before it, that the defendant was not licensed to remain in the complainant's apartment (*see People v Gaines,* 74 NY2d 358; *People v Powell,* 58 NY2d 1009, 1010; *People v Licata,* 28 NY2d 113; *see also People v Konikov,* 160 AD2d 146). Moreover, while some of the prosecutor's remarks during summation may have been improper, any error was harmless in light of the overwhelming evidence of the defendant's guilt (*see People v Crimmins,* 36 NY2d 230; *People v Sanders,* 280 AD2d 560). Prudenti, P.J., Smith, Friedmann and Townes, JJ., concur.